IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN BASIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 12-1176-KHV |
| BOEING CO. and ) | |
| SPIRIT AEROSYSTEMS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

This matter comes before the Court on plaintiff's motion to proceed in forma pauperis (Doc. #3) filed May 14, 2012. On July 13, 2012, Magistrate Judge Kenneth G. Gale recommended that the Court overrule the motion based on financial information which indicates that plaintiff has sufficient resources to pay the $350.00 filing fee. See Report and Recommendation (Doc. #6). On July 24, 2012, plaintiff filed under seal a written objection to the Magistrate Judge's report. See Doc. #7.

The Court has conducted a de novo review of Judge Gale's well-reasoned report and recommendation. After reviewing the report and recommendation and plaintiff's submission, the Court finds that the report and recommendation should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation On Motion To Proceed Without Prepayment Of Fees And Report And Recommendation for Dismissal (Doc. #6) filed July 13, 2012 be and hereby is adopted in its entirety.

**IT IS FURTHER ORDERED** that plaintiff's objection to the magistrate judge's report (Doc. #7) filed July 24, 2012 be and hereby is **OVERRULED.**

**IT IS FURTHER ORDERED** that plaintiff's motion to proceed in forma pauperis (Doc. #3)

be and hereby is **OVERRULED.**

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for lack of federal court jurisdiction.

Dated this 6th day of September, 2012 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
